Student: Daniel Smith

Accommodations:

1. Extra time on tests and quizzes (time and a half will be given unless otherwise noted).
2. Private location for test-taking, *if needed* and as arranged with a faculty member
3. Copy of notes

Additional accommodations may be added during the course of the semester.

*Professors/Instructors*: Your signature is requested below to confirm that you have received this request for accommodations. This information is confidential and should not be shared with any person other than the student. You may retain a copy of the accommodation memo in a confidential file, and it is the student's responsibility to return the original to the Disability Services Coordinator once all signatures have been obtained.

Professor/Instructor: [signature]   Date: 1/9/2020   Course: Pharmacology ANE 668 / ANE 620

Professor/Instructor: [signature]   Date: 1/9/2020   Course: Practice Inquiry methods

Professor/Instructor: [signature]   Date: 1-9-2020   Course: ANE 664

Professor/Instructor: [signature] Lucy Wahl   Date: 1/16   Course: ANE 604 / ANE 606

Professor/Instructor: _____ Date: _____ Course: _____

Professor/Instructor: _____ Date: _____ Course: _____

Professor/Instructor: _____ Date: _____ Course: _____

Advisor: _____ Date: _____

Director Disability Services: [signature]   Date: 1/16/2020

Page 2