UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT MARTY UNIVERSITY,<br><br>Defendant. | Case No.: 22-cv-04015<br><br>**JOINT MOTION TO DISMISS** |

The above-named parties, by and through their respective counsel of record, hereby jointly move this Court to dismiss this action, upon the merits, with prejudice and without costs to any party.

HAGEN, WILKA & ARCHER, LLP

Dated: August 5, 2024    By _/s/ Thomas K. Wilka_
Thomas K. Wilka
PO Box 965
Sioux Falls SD 57101-0964
(605) 334-0005
tom@hwalaw.com
Attorneys for Daniel Smith

1

CADWELL SANFORD DEIBERT & GARRY LLP

Dated: 8/5/2024       By _____
William C. Garry
Andrew S. Hurd
200 East 10th St., Suite 200
Sioux Falls SD 57104
(605) 336-0828
*bgarry@cadlaw.com*
*ahurd@cadlaw.com*
Attorneys for Mount Marty University