UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOUNT MARTY UNIVERSITY,<br><br>　　　　　Defendant. | 4:22-CV-04015-KES<br><br><br>ORDER DISMISSING CASE |

The parties jointly move to dismiss this action, upon the merits, with prejudice and without costs to any party. Thus, it is

ORDERED that this matter is dismissed, upon the merits, with prejudice and without costs to any party.

Dated August 5, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE