UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SMITH,<br><br>              Plaintiff,<br><br>vs.<br><br>MOUNT MARTY UNIVERSITY,<br><br>              Defendant. | 4:22-CV-04015-KES<br><br>JUDGMENT |

Pursuant to this court's Order Dismissing the Case (Docket 29), it is,

ORDERED, ADJUDGED, and DECREED that this matter is dismissed upon the merits, with prejudice and without costs to any party.

Dated August 5, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE